■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MASI, Appellant. [735 NYS2d 810] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered June 28, 2000, convicting him of attempted assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was

legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Altman, J. P., Adams, Townes and Prudenti, JJ., concur.